UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE INSURANCE COMPANY, | ) | Civil No. 12-05067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFF'S UNOPPOSED |
| PASTOR STANLEY HOLLOW HORN, | ) | MOTION TO DISMISS |
| SOUTH DAKOTA ASSEMBLY CHURCH | ) | WITH PREJUDICE |
| OF GOD, RUSSELL HOLLOW HORN, | ) | |
| WOUNDED KNEE CHURCH OF GOD, | ) | |
| CHURCH OF GOD MINISTRIES, INC, and | ) | |
| MARTYNA WHITE HAWK, Administrator | ) | |
| of the Estates of BURT B. KALINE III, | ) | |
| RANDY KALINE, and SUMMER KALINE, | ) | |
| Deceased. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff through Donald P. Knudsen of Gunderson, Palmer, Nelson & Ashmore, L.L.P. its attorneys moves the Court for an order dismissing Plaintiff's claim against all Defendants as the parties have settled this matter.  The parties who have appeared have authorized me to inform the Court that they have no objection to the Unopposed Motion to Dismiss with prejudice.

Dated this 11th day of March 2013.

            GUNDERSON, PALMER, NELSON
              & ASHMORE, LLP

            By: */s/ Donald. P. Knudsen*
              Donald P. Knudsen
              506 Sixth Street
              P.O. Box 8045
              Rapid City, SD  57709
              Telephone: (605) 342-1078
              Telefax:  (605) 342-0480
              E-mail:  dknudsen@gpnalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of March, I served by electronic filing Plaintiff's Unopposed Motion to Dismiss with Prejudice through the United States District Court's ECF system on:

Richard J. Helsper
415 8th Street South
Brookings, SD 57006
rjhl@brookings.net

Daniel B. Shuck
501 Pierce Street, Suite 205
Sioux City IA  51101
Dan.Shuck@shucklawfirm.com

Jon J. LaFleur
Abourezk & Zephier, P.C.
PO Box 9460
Rapid City, SD 57709
jlafleur@azlaw.pro

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By   /s/ Donald P. Knudsen
        Donald P. Knudsen