UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE INSURANCE COMPANY, | ) ) ) | CIV. 12-5067-JLV |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| PASTOR STANLEY HOLLOW HORN, SOUTH DAKOTA ASSEMBLY CHURCH OF GOD, RUSSELL HOLLOW HORN, WOUNDED KNEE CHURCH OF GOD, CHURCH OF GOD MINISTRIES, INC, and MARTYNA WHITE HAWK, Administrator of the Estates of BURT B. KALINE III, RANDY KALINE, and SUMMER KALINE, Deceased. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to plaintiff's unopposed motion to dismiss (Docket 27), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs or further notice to either party.

Dated March 15, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE